IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| MERVIN NOLT ZIMMERMAN, et al. | : | NO. 09-5158 |

ORDER

AND NOW, this 19th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff the United States of America for entry of default judgment is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.